JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA LAMOTTE,<br><br>             Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; and DOES 1-10, inclusive,<br><br>             Defendants. | CASE NO.: 2:25-cv-04215 JLS-(E)<br><br>**ORDER REMANDING CASE TO STATE COURT PURSUANT TO JOINT STIPULATION (Doc. 14)** |

///
///
///
///
///
///
///
///
///

1

     Having reviewed the Stipulation to Remand the Case to State Court (Doc. 14) filed by Plaintiff Brenda Lamotte and Defendant Target Corporation (collectively, the "Parties"), and finding good cause therein, the Court GRANTS the Stipulation. Accordingly, the Court ORDERS as follows:  Pursuant to the Stipulation, Plaintiff shall refrain from naming any of Defendant Target's employees as individual defendants, and this case is hereby REMANDED state court.

DATED: July 17, 2025

                                          HON. JOSEPHINE L. STATON
                                          UNITED STATES DISTRICT JUDGE